Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>                Plaintiff,<br>vs.<br><br>CP WEST, LLC, a Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>                Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-121<br><br>Magistrate Judge Dustin B. Pead |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on May 18, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

DATED the 19th day of May, 2017

BY THE COURT

_____
Dustin B. Pead
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 18th day of May, 2017, I caused a true and correct

copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH

PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all

e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/      Matthew B. Crane
Matthew B. Crane

2